UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED:  10/9/2025____ | |

Pauline Abby Lovelace, sui juris trustor/beneficiary
of the Pauline Abby Lovelace Living Trust,

                Plaintiff,

    -against-

KNUCKLES, KOMOSINSKI & MANFRO LLP,
LOUIS LEVITHAN, ESQ., individually and in his
official capacity, NEWREZ LLC d/b/a
SHELLPOINT MORTGAGE SERVICING, U.S.
BANK TRUST N.A., as Trustee for 1900 Capital
Trust II, and JOHN/JANE DOES 1–10,

                Defendants.

25 Civ. 7412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On September 5, 2025, Plaintiff *pro se* filed this action in the U.S. District Court for the Southern District of New York. ECF No. 1. In her complaint, Plaintiff asserts that venue is proper "because the property at issue is located in Queens County, New York, and Defendants regularly conduct business [t]here." *Id.* at 2. However, Queens County is located in the Eastern District of New York, *see* 28 U.S.C. § 112(c), and Plaintiff does not allege facts suggesting that any defendant resides in or that the events giving rise to her claims occurred in the Southern District.

For venue to lie in a civil action, a plaintiff must generally bring suit in (1) "a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located," or (2) "a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated." 28 U.S.C. § 1391(b)(1)–(2). Therefore, by order dated September 10, 2025, the Court directed Plaintiff to show cause by October 7, 2025, why this action should not be transferred. ECF No. 5. Plaintiff's submission is now overdue.

Accordingly, the Clerk of Court is respectfully directed to transfer this matter to the U.S. District Court for the Eastern District of New York and close the case. The Clerk of Clerk is respectfully directed to mail a copy of this order to Plaintiff *pro se*.

    SO ORDERED.

Dated: October 9, 2025
      New York, New York

_____
ANALISA TORRES
United States District Judge