```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/10/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Pauline Abby Lovelace, sui juris trustor/beneficiary of the Pauline Abby Lovelace Living Trust,

                Plaintiff,

-against-

KNUCKLES, KOMOSINSKI & MANFRO LLP, LOUIS LEVITHAN, ESQ., individually and in his official capacity, NEWREZ LLC d/b/a SHELLPOINT MORTGAGE SERVICING, U.S. BANK TRUST N.A., as Trustee for 1900 Capital Trust II, and JOHN/JANE DOES 1–10,

                Defendants.

25 Civ. 7412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is now in receipt of Plaintiff's *pro se* letter dated October 7, 2025, which timely responds to the Court's September 10, 2025, order to show cause. *See* ECF No. 5 (order); ECF No. 6 (response). Accordingly, the Court's order to transfer the matter at ECF No. 7 is hereby VACATED; the Court will consider Plaintiff's response to its September 10 order on the merits.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff *pro se*. If the Clerk of Court has not yet mailed a copy of the order at ECF No. 7 to Plaintiff *pro se*, the Clerk of Court is respectfully directed to mail a copy of that order together with this order to Plaintiff *pro se*, enclosed in one single envelope.

    SO ORDERED.

Dated: October 10, 2025
       New York, New York

                                                    ANALISA TORRES
                                         United States District Judge