```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PAULINE ABBY LOVELACE, sui juris          :
trustor/beneficiary of the Pauline Abby   :
Lovelace Living Trust,                    :         25-CV-7412 (AT) (RWL)
                                          :
                    Plaintiff,            :
                                          :         **ORDER**
        - against -                       :
                                          :
KNUCKLES, KOMOSINSKI & MANFRO             :
LLP, LOUIS LEVITHAN, ESQ., individually   :
and in his official capacity, NEWREZ LLC  :
d/b/a SHELLPOINT MORTGAGE                 :
SERVICING, U.S. BANK TRUST N.A., as       :
Trustee for 1900 Capital Trust II, and    :
JOHN/JANE DOES 1-10,                      :
                                          :
                    Defendants.           :
------------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 10, 2025, the Clerk of Court mailed to Plaintiff court orders at Dkts. 7 and 8. On October 23, 2025, the October 10 mailing was received back by the Clerk of Court and noted to be non-deliverable as addressed, with no forwarding address provided. Accordingly, by **November 10, 2025**, (i) Plaintiff shall file with the Court a notice of her current address, telephone number, and email address; (ii) to the extent any Defendant has knowledge of a new address for Plaintiff, or knowledge of a current telephone number or email address for Plaintiff, that Defendant shall file a letter providing such information. Plaintiff is reminded that she has an obligation to inform the Court of any change of address and that failure to do so could result in dismissal of the action for failure to prosecute.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 27, 2025
　　　　New York, New York

Copies transmitted this date to all counsel of record.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at her address of record.