UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PAULINE ABBY LOVELACE, sui juris
trustor/beneficiary of the Pauline Abby
Lovelace Living Trust,

                       Plaintiff,

          - against -

KNUCKLES, KOMOSINSKI & MANFRO
LLP, LOUIS LEVITHAN, ESQ., individually
and in his official capacity, NEWREZ LLC
d/b/a SHELLPOINT MORTGAGE
SERVICING, U.S. BANK TRUST N.A., as
Trustee for 1900 Capital Trust II, and
JOHN/JANE DOES 1-10,

                      Defendants.
------------------------------------------------------------------X

25-CV-7412 (AT) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 10, 2025, the Clerk of Court mailed to Plaintiff court orders at Dkts. 7 and 8. On October 23, 2025, the October 10 mailing was received by the Clerk of Court and noted to be non-deliverable as addressed and no forwarding address provided. The Court then issued an order on October 27, 2025, directing that by November 10, 2025, Plaintiff file a notice of her current address. Nothing has been filed in response. Accordingly, by **November 20, 2025**, Defendants shall file a letter indicating what information they have for Plaintiff's last known address, telephone number, and email address. Plaintiff is reminded that she has an obligation to inform the Court of any change of address and that failure to do so could result in dismissal of the action for failure to prosecute.

1

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 17, 2025
New York, New York

Copies transmitted this date to all counsel of record.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at her address of record.