UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PAULINE ABBY LOVELACE, sui juris
trustor/beneficiary of the Pauline Abby
Lovelace Living Trust,

                       Plaintiff,

         - against -

KNUCKLES, KOMOSINSKI & MANFRO
LLP, LOUIS LEVITHAN, ESQ., individually
and in his official capacity, NEWREZ LLC
d/b/a SHELLPOINT MORTGAGE
SERVICING, U.S. BANK TRUST N.A., as
Trustee for 1900 Capital Trust II, and
JOHN/JANE DOES 1-10,

                   Defendants.

------------------------------------------------------------------X

                25-CV-7412 (AT) (RWL)

                    **ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

As previously explained in the Court's order of November 25, 2025 (Dkt. 14), a plaintiff has 90 days after filing a complaint within which to serve a summons. Federal Rule of Civil Procedure 4(m). Plaintiff filed her complaint on September 5, 2025. A summons was issued to all Defendants on October 16, 2025. Due to uncertainty regarding confirmation of Plaintiff's address, the Court granted Plaintiff's request for issuance of a renewed summons on November 25, 2025. (Dkt. 14 at 2.) The renewed summons was issued on December 1, 2025 for completion and service by Plaintiff. (Dkt. 15.) It has been 6 months since Plaintiff filed her complaint, and more than 90 days since the summons was reissued. To date, no proof of service of the summons and complaint appears in the record. As Plaintiff is proceeding pro se, the Court sua sponte grants an extension of time nunc pro tunc through **April 22, 2026**, for Plaintiff to serve the summons

1

on each Defendant in accordance with the Federal Rules of Civil Procedure. If Plaintiff

fails to effect and file proof of service by April 22, 2026, the case may be dismissed,

without prejudice, for failure to prosecute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 6, 2026
     New York, New York

Copies transmitted this date to all counsel of record.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at her
address of record.

2