

**ℿ Knuckles & Manfro** LLP

600 East Crescent Avenue, Suite 201 | Upper Saddle River, NJ 07458
Tel (201) 391-0370 | eFax (201) 781-6744 | www.km-llp.com

**New Jersey Partners**
John E. Brigandi
Louis A. Levithan

John E. Brigandi
(201) 391-0370, ext. 401
jeb@km-llp.com

March 10, 2026

**VIA ECF**
Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.

SO ORDERED:

3/11/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:    Lovelace v. Knuckles, Komosinski & Manfro, LLP., et al.
       Case No.: 25-cv-7412

Dear Judge Torres:

This office represents defendants Knuckles, Komosinski & Manfro, LLP ("KKM"), and Louis Levithan ("Levithan") (collectively, "Defendants") in the above-referenced action. We write respectfully to request an extension of time for Defendants to respond to Plaintiff's Complaint for thirty days, until April 10, 2026. From a review of this Court's Docket, it appears that KKM was served with the Summons and Complaint on February 20, 2026, by serving a copy upon an individual at KKM's office. (Dkt. 17) Levithan was purportedly served at the same location on February 28, 2026. (Dkt. 18) Without waiving a personal jurisdiction defense as Defendants do not believe they were properly served, KKM and Levithan's response deadlines are March 13, 2026, and March 23, 2026, respectively.

I have attempted to contact Plaintiff seeking her consent for the requested extension, but have not received a response at the time of this filing. No prior extensions have been requested, and this extension is not requested for purpose of undue delay or any other improper purpose, but rather to allow Defendants time to complete its investigation into Plaintiff's allegations. From our initial review of this matter, it appears there were prior state court actions involving the very same allegations at issue herein. As such, Defendants require additional time to review the prior history of Plaintiff's filings, to determine how to respond to the Complaint. I additionally believe an extension of thirty days will provide the parties with opportunity to comply with Your Honor's individual rules concerning pre-motion letters on proposed motions to dismiss (Rule III B). Further, the requested extension will not prejudice any party, and none of the co-defendants have filed a responsive pleading to Plaintiff's complaint at this time.

**New York Headquarters Office:** 120 White Plains Road, Suite 215, Tarrytown, NY 10591 | Tel (914) 345-3020 | eFax (914) 992-9154



**Knuckles & Manfro LLP**  600 East Crescent Avenue, Suite 201 | Upper Saddle River, NJ 07458    Page 2 of 2
Tel (201) 391-0370 | eFax (201) 781-6744 | www.km-llp.com

Thank you in advance for your consideration and courtesy.

Respectfully submitted,

_/s/ John E. Brigandi
John E. Brigandi, Esq.