UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

PAULINE ABBY LOVELACE, sui juris
trustor/beneficiary of the Pauline Abby
Lovelace Living Trust,

                      Plaintiff,

            - against -

KNUCKLES, KOMOSINSKI & MANFRO
LLP, LOUIS LEVITHAN, ESQ., individually
and in his official capacity, NEWREZ LLC
d/b/a SHELLPOINT MORTGAGE
SERVICING, U.S. BANK TRUST N.A., as
Trustee for 1900 Capital Trust II, and
JOHN/JANE DOES 1-10,

                    Defendants.

------------------------------------------------------------------X

              25-CV-7412 (AT) (RWL)

              **ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      The Clerk of Court is respectfully directed to revise the description of the document

filed at Dkt. 29 to "Response to Defendants' Pre-motion Letter." The document filed is

not an amended complaint.

                             SO ORDERED.

                             _____

                             ROBERT W. LEHRBURGER
                             UNITED STATES MAGISTRATE JUDGE

Dated: April 23, 2026
      New York, New York

Copies transmitted this date to all parties of record.