UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PAULINE ABBY LOVELACE, sui juris          :
trustor/beneficiary of the Pauline Abby   :
Lovelace Living Trust,                     :          25-CV-7412 (AT) (RWL)
                                           :
                    Plaintiff,             :
                                           :          **ORDER**
            - against -                    :
                                           :
                                           :
KNUCKLES, KOMOSINSKI & MANFRO              :
LLP, LOUIS LEVITHAN, ESQ., individually    :
and in his official capacity, NEWREZ LLC   :
d/b/a SHELLPOINT MORTGAGE                   :
SERVICING, U.S. BANK TRUST N.A., as        :
Trustee for 1900 Capital Trust II, and     :
JOHN/JANE DOES 1-10,                       :
                                           :
                    Defendants.            :
                                           :
-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 18, 2026, Defendants Knuckles, Komosinski & Manfro LLP and Louis Levithan, with leave of court, filed a motion to dismiss. (Dkt. 31.) As per the Court's scheduling order, Plaintiff's response remains due by **June 17, 2026**, and Defendants' reply, if any, remains due by **July 1, 2026**.

On May 26, 2026, Defendants Newrez LLC and Trustee U.S. Bank Trust N.A. filed a motion to dismiss. (Dkt. 32.) Plaintiff's response to that motion shall be filed by **June 25, 2026**. Defendants' reply, if any, shall be filed by **July 9, 2026**.

SO ORDERED.

_____

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1

Dated: May 27, 2026
New York, New York

Copies transmitted this date to all parties of record.